IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:17-CR-50014

ANGELA RENEE BURKE     DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 53) of Magistrate Judge Mark E. Ford, filed on December 28, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 53) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. Section 2255 (Doc. 47) is **DISMISSED WITH PREJUDICE**. Further, for the reasons set forth in the Report and Recommendation, the Court finds that no certificate of appealability should be issued in this case, and if a request for such is filed, it will be denied.

**IT IS SO ORDERED** on this 15th day of January, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE